Opinion issued July 1, 2010










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-10-00448-CV

____________


IN RE RUFUS F. BANKS, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Rufus F. Banks, has filed a petition for a writ of mandamus
complaining of Judge W. Edwin Denman's (1) failure to rule on a "Motion for
Reinstatement."

 After due consideration, we deny the petition for a writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Sharp.
1. 
 
 
 " 
 "